**Electronically Filed**
**Supreme Court**
**SCWC-19-0000538**
**03-JUL-2024**
**03:25 PM**
**Dkt. 5 OGAC**

SCWC-19-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————

ELESTHER CALIPJO,
Petitioner/Plaintiff-Appellee,

vs.

JACK PURDY; REGAL CAPITAL CORPORATION;
REGAL CAPITAL COMPANY, LLC,
Respondents/Defendants-Appellants.

———————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000538; CASE NO. 5CC041000003)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Elesther Calipjo's Application for Writ of Certiorari, filed on May 21, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 3, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens